AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>CONRAD, GLEN E. | 2. Court or Organization<br><br>US DISTRICT COURT | 3. Date of Report<br><br>04/26/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>CHIEF US DISTRICT JUDGE (ACTIVE) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>210 FRANKLIN RD - ROOM 320<br>P O BOX 2822<br>ROANOKE, VA 24001 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

**Conrad, Glen E.**

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *— transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Regent University School of Law | February 5-6, 2010 | Virginia Beach, VA | judging moot court | meals and lodging expenses |
| 2. | College of William and Mary School of Law | February 12-13, 2010 | Williamsburg, VA | judging moot court | meals and lodging expenses |
| 3. | Liberty University School of Law | March 27, 2010 | Lynchburg, VA | judging moot court | meal expense only |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | House 2 Lots Pulaski Co., VA (see Part VIII) | | None | M | Q | | | | | |
| 2. | ▒▒▒ home (40% int.) Dare County, NC (see Part VIII) | D | Rent | N | Q | | | | | |
| 3. | Stamp collection | | None | L | W | | | | | |
| 4. | Coin collection | | None | J | W | | | | | |
| 5. | Abbott Laboratories CS | A | Dividend | K | T | Buy (add'l) | 10/01/10 | J | | |
| 6. | AFLAC, Inc. CS | A | Dividend | J | T | Buy | 01/14/10 | J | | |
| 7. | AGCO Corp. CS | A | Dividend | J | T | Buy | 10/21/10 | J | | |
| 8. | Alliance Data Systems Corp. CS | A | Dividend | | | Buy | 05/17/10 | J | | |
| 9. | | | | | | Sold | 10/21/10 | J | | |
| 10. | American Electric Power CS | B | Dividend | K | T | | | | | |
| 11. | AT&T Corp. CS | B | Dividend | K | T | | | J | | |
| 12. | Berkshire Hathaway, Inc. CS | | None | K | T | | | | | |
| 13. | BHP Billiton Limited CS | A | Dividend | | | Sold | 05/26/10 | J | A | |
| 14. | Celgene Corp. CS | A | Dividend | | | Sold | 10/14/10 | J | | |
| 15. | Cisco CS | A | Dividend | J | T | | | | | |
| 16. | Clinical Data, Inc. CS | A | Dividend | M | T | | | | | |
| 17. | Cognizant Technology Solutions Corp. CS | A | Dividend | J | T | Buy | 06/25/10 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R = Cost (Real Estate Only) V = Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E. | 04/26/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Comcast Corp. CS | A | Dividend | J | T | | | | | |
| 19. Companhia de Bebidas das Americas | A | Dividend | J | T | Buy | 07/29/10 | J | | |
| 20. Conoco Phillips Corp. CS | B | Dividend | L | T | | | | | |
| 21. CSX Corp. CS | A | Dividend | K | T | | | | | |
| 22. Chevron Texaco Corp. CS | C | Dividend | L | T | | | | | |
| 23. Dicks Sporting Goods Inc. CS | A | Dividend | | | Sold | 09/23/10 | J | A | |
| 24. Dominion Resources CS | A | Dividend | J | T | | | | | |
| 25. Ebay, Inc. CS | A | Dividend | | | Sold | 05/21/10 | J | | |
| 26. Fairpoint (Verizon spin-off) CS | A | Dividend | J | T | | | | | |
| 27. Fedex Corp. CS | A | Dividend | J | T | | | | | |
| 28. First Opportunity Fund (mutual fund) (See Part VIII) | B | Dividend | K | T | | | | | |
| 29. MTB (tax free bond fund) | B | Dividend | M | T | | | | | |
| 30. MTB (tax free bond fund) (See VIII) | B | Dividend | L | T | | | | | |
| 31. Fluor Corp. CS | A | Dividend | | | Sold | 11/04/10 | J | | |
| 32. Ford Motor Company CS | A | Dividend | | | Sold | 07/07/10 | J | B | |
| 33. Franklin VA Tax Free Income Fund | B | Dividend | M | T | | | | | |
| 34. Glaxo Smithkline CS | B | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E. | 04/26/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Greif Inc. CS | A | Dividend | | | Sold | 02/04/10 | J | | |
| 36. Halozyme Therapeutic CS | A | Dividend | M | T | | | | | |
| 37. Hospira CS | | None | J | T | | | | | |
| 38. Home Depot Inc. CS | A | Dividend | | | Buy | 02/26/10 | J | | |
| 39. | | | | | Sold | 07/29/10 | J | | |
| 40. Idearc Inc. CS (see Part VII) | | None | | | Closed | 01/04/10 | J | | |
| 41. Intel Corp. CS | A | Dividend | J | T | Buy | 02/04/10 | J | | |
| 42. IShares Inc. CS | A | Dividend | | | Sold | 02/26/10 | J | C | |
| 43. Lubrizol Corp. CS | A | Dividend | K | T | Buy | 03/15/10 | J | | |
| 44. MEDCO Health CS | | None | K | T | Sold (part) | 04/21/10 | J | C | |
| 45. Mastercard Inc. CS | A | Dividend | | | Sold | 03/15/10 | J | B | |
| 46. McAfee Inc. CS | A | Dividend | | | Sold | 01/14/10 | J | | |
| 47. McDonalds Corp. CS | A | Dividend | J | T | | | | | |
| 48. Medicis Pharmaceutical Corp. CS | A | Dividend | J | T | Buy | 09/23/10 | J | | |
| 49. Merck & Co. Inc. CS | A | Dividend | J | T | | | | | |
| 50. JP Morgan Chase & Co. CS | A | Dividend | K | T | | | | | |
| 51. Nu Skin Enterprises, Inc. CS | A | Dividend | J | T | Buy | 04/02/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E. | 04/26/2011 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  Nuveen VA Prem Income Municipal Fund | A | Dividend | J | T | | | | | |
| 53.  Nvidia Corp. CS | A | Dividend | | | Sold | 05/21/10 | J | | |
| 54.  Parker-Hannifin Corp. | A | Dividend | J | T | Buy | 11/04/10 | J | | |
| 55.  Pfizer Inc. CS | A | Dividend | J | T | | | | | |
| 56.  Plum Creek Timber Co. Inc. CS | A | Dividend | | | Sold | 10/01/10 | J | B | |
| 57.  Quest Communications CS | A | Dividend | J | T | | | | | |
| 58.  Ross Stores, Inc. | A | Dividend | J | T | Buy | 06/16/10 | J | | |
| 59.  Schwab Money Market Fund | A | Dividend | N | T | Redeemed (part) | 07/01/10 | K | C | |
| 60.  Scott & Stringfellow Money Market Fund | A | Dividend | K | T | | | | | |
| 61.  Scottrade Money Market Fund | A | Dividend | L | T | | | | | |
| 62.  SPDR Gold Trust Gold Shares | A | Dividend | | | Sold | 12/16/10 | J | | |
| 63.  SPDR Index Shares Emerging Latin America EFT | A | Dividend | K | T | | | | | |
| 64.  Suntrust Banks, Inc. CS | C | Dividend | K | T | | | | | |
| 65.  Telefonica SA CS | A | Dividend | K | T | Buy | 10/07/10 | K | | |
| 66.  Texas Instruments CS | A | Dividend | J | T | Buy | 10/14/10 | J | | |
| 67.  Toro Company | A | Dividend | J | T | Buy | 12/21/10 | J | | |
| 68.  Tractor Supply Co. CS | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E. | 04/26/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. The Travelers Companies CS | A | Dividend | J | T | | | | | |
| 70. Transocean Inc. CS | A | Dividend | J | T | | | | | |
| 71. Verizon Communications CS | B | Dividend | K | T | | | | | |
| 72. Wachovia Bank (checking account)(See Part VIII) | A | Interest | L | T | | | | | |
| 73. Wells Fargo CS | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250.000 | |
| (See Columns C1 and D3) | N = $250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R = Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E. | 04/26/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Line 1 - Appraisal date -May 2004

Part VII, Line 2 - Appraisal date - September 1999

Part VII, Line 28 - First Opportunity Fund was formerly known as First Financial Fund Inc.

Part VII, Line 30 - ▒▒▒▒

Part VII, Line 40 - Idearc Inc. filed bankruptcy in 2009; in accordance with the restructuring plan, pre-emergence stock of Idearc, Inc. was cancelled effective 12/31/09; holders of Idearc stock will not receive any distribution, and equity shares have no value.

Part VII, Line 72 - ▒▒▒▒

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **GLEN E. CONRAD**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544